# Roundy Law Offices

Professional Association

*Attorney at Law*

Tel: 603-743-4800
Fax: 603-743-4888

Vicki S. Roundy
NH and ME Bar

42 Littleworth Road
Dover, NH 03820

August 10, 2005

James Starr, Clerk
U. S. District Court for the District
Of New Hampshire
55 Pleasant Street
Concord, NH 03301

RE: Marie Smyers v. UNUM
Docket #: 05-CV-123-JM

Dear Clerk Starr:

Please be advised that the parties have reached a settlement regarding this matter. We anticipate finalizing the settlement in the near future.

Once this settlement has been finalized, docket markings will be forwarded.

Thank you for your attention to this matter.

Very Truly Yours,

Vicki S. Roundy

VSR:tjb

CC: Byrne Decker, Esquire