UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| MARIE SMYERS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-123-JM |
| ) | |
| UNUM LIFE INSURANCE ) | |
| COMPANY OF AMERICA, ) | |
| ) | |
| Defendant ) | |

      Now come the Plaintiff, Marie Smyers, and the Defendant, UNUM Life Insurance Company of America, in the above-entitled matter and hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41, that the above-entitled action, including all counts of the Complaint, and all claims and counterclaims which actually were asserted or which could have been asserted, shall be dismissed with prejudice, without costs to any party, and waiving all rights of appeal.

                           Respectfully submitted,

| | |
|---|---|
| MARIE SMYERS | UNUM LIFE INSURANCE |
| By Her Attorney, | COMPANY OF AMERICA |
| | By Its Attorney, |
| | |
| /s/ Vicki S. Roundy | /s/ Byrne J. Decker |
| Vicki S. Roundy, Esquire | Byrne J. Decker, Esquire |
| Roundy Law Offices | Pierce Atwood |
| 42 Littleworth Road | One Monument Square |
| Dover, NH  03820 | Portland, ME  04101 |
| (603) 743-4800 | (207) 791-1100 |

DATED:  September 12, 2005

{W0390909.2}